UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| LISA G. SHELTON, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 2:10-cv-135 Judge Mattice |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |

## **ORDER**

Plaintiff Lisa Shelton filed a Motion for Leave to Proceed In Forma Pauperis [Court Doc. 1] on June 18, 2010 which was later supplemented [Court Doc. 4] on July 19, 2010 following United States Magistrate Judge Susan K. Lee's Order [Court Doc. 3]. Magistrate Judge Lee filed her Report and Recommendation on Plaintiff's IFP application [Court Doc. 5] on July 20, 2010 pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Neither party filed objections within the given 14 days.

After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, Plaintiff's Motion for Leave to Proceed In Forma Pauperis [Court Doc. 1] is **DENIED**. Because the Court accepts and adopts Magistrate Judge Lee's recommendations to accommodate Plaintiff's financial situation, however, the Court **ORDERS** that Plaintiff may pay the $350.00 filing fee in installments of $35.00 per month for ten months. The Clerk is **DIRECTED** to file Plaintiff's Complaint upon payment of the

first installment.  Plaintiff is further **ORDERED** to serve the Complaint at her own cost.

**SO ORDERED** this 9th day of August, 2010.

                                                 *s/ Harry S. Mattice, Jr.*
                                                HARRY S. MATTICE, JR.
                                        UNITED STATES DISTRICT JUDGE